# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/27/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR05-00106HG

CASE NAME:       USA v. (02) Holly Koliopoulos

ATTYS FOR PLA:   Mark Inciong

ATTYS FOR DEFT:  (02) Harlan Kimura

INTERPRETER:

---

JUDGE:   Kevin S. C. Chang         REPORTER:   FTR C5

DATE:    12/27/2005                TIME:       1:35:25-1:37:50pm

---

COURT ACTION: EP: A&P to the First Superseding Indictment as to defendant 02 - defendant present, not in custody.

Arraignment waived, plea of Not Guilty entered as to the First Superseding Indictment as to defendant 02

Final Pretrial Conference as to defendant 02 set 1/3/06 at 10:00am before Judge Kobayashi

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Holly Koliopoulos2.sa.wpd