# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00106HG |
| CASE NAME: | USA vs. (02) HOLLY KOLIOPOULOS<br>USA vs. (03) ARTHUR KIYOSHI HIDANO |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. For Mark A. Inciong |
| ATTYS FOR DEFT: | (02) Harlan Y. Kimura<br>(03) Pamela E. Tamashiro |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 4/17/2006 | TIME: | 10:27-10:28 |

COURT ACTION:  EP: Final Pretrial Conference not held.

Final Pretrial Conference is continued to 10:00 4/24/06, LEK.

Submitted by: Warren N. Nakamura, Courtroom Manager