EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG   CA BAR #163443
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00106 HG |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING TRIAL AND TO |
| vs. | ) | EXCLUDE TIME |
| HOLLY KOLIOPOULOS,      (2) | ) | |
| ARTHUR KIYOSHI HIDANO,  (3) | ) | OLD TRIAL DATE: 05/16/06 |
| | ) | NEW TRIAL DATE: 07/25/06 |
| Defendants. | ) | |

STIPULATION AND ORDER
CONTINUING TRIAL AND TO EXCLUDE TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the jury trial presently scheduled for May 16, 2006, be continued to July 25, 2006 at 9:00 a.m. before the Honorable Helen Gillmor.  Final Pretrial Conferences are set for June 26, 2006 at 10:00 a.m. before Magistrate Judge Barry M. Kurren and July 14, 2006 at 8:30 a.m. before the Honorable Helen Gillmor.  Defendants' motions are due June 13, 2006, and the Government's response are due June 27, 2006.

The reason for the continuance is that the undersigned United States Attorney had conflicts in his trial schedule which would not allow him to be properly prepared by the current trial date. Additionally, it is believed that Defendant Hidano and the Government have reached a plea agreement in this matter. Defendant Koliopoulos is not presently in custody on the charges against her and has no objection to a continuance of the trial date. Finally, all counsel seek additional time to either attempt to resolve their cases and review discovery so as to exercise due diligence in preparation for any necessary trial.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the period beginning May 16, 2006, to and including July 25, 2006, be excluded from the computations required by the Speedy Trial Act, Title 18, United States Code, Section 3161. The Court finds that the ends of justice outweigh the best interest of the public and the Defendants in a speedy trial because the continuance allows counsel for Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence in accordance with 18 U.S.C. § 3161(h)(8)(B)(iv).

```
        IT IS SO STIPULATED.

        DATED: Honolulu, Hawaii, May 2, 2006.

                                EDWARD H. KUBO, JR.
                                United States Attorney
                                District of Hawaii


                                By /s/ Mark A. Inciong
                                   MARK A. INCIONG
                                   Assistant U.S. Attorney



                                  /s/ Pamela E. Tamashiro
                                PAMELA E. TAMASHIRO, ESQ.
                                Attorney for Defendant
                                ARTHUR KIYOSHI HIDANO



                                  /s/ Harlan Kimura
                                HARLAN KIMURA, ESQ.
                                Attorney for Defendant
                                HOLLY KOLIOPOULOS



IT IS SO APPROVED AND ORDERED:

DATED: Honolulu, Hawaii, May 15, 2006.
```



                                        **/s/ Helen Gillmor**
                                        Chief United States District Judge

```
United States v. Koliopoulos & Hidano
Cr. No. 05-00106 HG
"Stipulation and Order Continuing Trial and to Exclude Time"
```