# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/26/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00106HG

CASE NAME:        USA v. (02) Holly Koliopoulos

ATTYS FOR PLA:    Mark A. Inciong

ATTYS FOR DEFT:   (02) Harlan Y. Kimura

INTERPRETER:

JUDGE:    Barry M. Kurren         REPORTER:   C6F

DATE:     06/26/2006              TIME:       10:08 - 10:13

COURT ACTION:  EP: Final Pretrial Conference (02) Holly Koliopoulos - held.  Deft's presence waived. Court to prepare the order.

**CRIMINAL FINAL PRETRIAL CONFERENCE**:

Jury Trial before Judge Helen Gillmor on July 25, 2006 at 9:00 a.m.

Representations by counsel on trial time:
The United States: 3 days
Defendant: 2 days

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendant

1. Fed. R. Evid. 404(b) : June 28, 2006
2. a. Motions in Limine filed and served by: July 5, 2006.
   b. Memoranda in opposition to motions in limine filed and served by: July 10, 2006.
3. Brady and Giglio Material by: July 5, 2006
4. a. Jury Instructions exchanged by July 5, 2006.
   d. Filings required by 4(b) & (c) by: July 12, 2006.
5. Witness Lists per stipulation by July 18, 2006.
6. Exhibits

    a.    Parties will exchange exhibits.
    b.    Original exhibits tabbed and in binders, copy in binders.

7. <u>Stipulations</u>: In writing and filed by July 12, 2006.
8. <u>Voir Dire Questions</u>: In writing by July 12, 2006.
9. <u>Trial Briefs</u>: by July 12, 2006.
10. <u>Jencks Disclosures</u> by the Friday before trial
11. <u>Other Matters</u>:
12. <u>Pretrial Conference</u> before HG at 8:30 a.m. on July 14, 2006.

cc: Tammy Kimura
Submitted by Richlyn W. Young, courtroom manager

CR 05-00106HG;
USA v. (02) Holly Koliopoulos;
Final Pretrial Conference Minutes
06/26/2006