ORIGINAL

HARLAN Y. KIMURA  #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii  96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail:  hyk@aloha.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 05 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorney for Defendant No. 02
HOLLY KOLIOPOULOS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00106-02 HG |
| | ) |
| Plaintiff, | ) NOTICE OF MOTION; |
| | ) MOTION IN LIMINE TO |
| vs. | ) EXCLUDE EVIDENCE OF |
| | ) DEFENDANT'S PARENTING |
| HOLLY KOLIOPOULOS   (02), | ) SKILLS AND |
| | ) RESPONSIBILITIES; |
| Defendant. | ) MEMORANDUM OF LAW; |
| | ) CERTIFICATE OF SERVICE |
| | ) |
| | ) Date:     July ___, 2006 |
| | ) Time: |
| | ) Judge:   Helen Gillmor |

**NOTICE OF MOTION**

TO:   EDWARD H. KUBO, JR., ESQ.
      United States Attorney
      MARK A. INCIONG. ESQ.
      Assistant U.S. Attorney
      Room 6100, PJKK Federal Building
      300 Ala Moana Blvd., Box 50183
      Honolulu, Hawaii  96850

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable Helen Gillmor, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, on July ___, 2006, at _____ __.m., or as soon thereafter as counsel may be heard.

DATED at Honolulu, Hawaii, _____JUL - 5 2006_____.

_____
HARLAN Y. KIMURA
Attorney for Defendant No. 02
HOLLY KOLIOPOULOS

HARLAN Y. KIMURA  #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii  96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail:  hyk@aloha.net

Attorney for Defendant No. 02
HOLLY KOLIOPOULOS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00106-02 HG |
| | ) |
| Plaintiff, | ) MOTION IN LIMINE TO |
| | ) EXCLUDE EVIDENCE OF |
| vs. | ) DEFENDANT'S PARENTING |
| | ) SKILLS AND |
| HOLLY KOLIOPOULOS, | ) RESPONSIBILITIES |
| | ) |
| Defendant. | ) |
| | ) |

MOTION IN LIMINE TO EXCLUDE EVIDENCE OF
DEFENDANT'S PARENTING SKILLS AND RESPONSIBILITIES

COMES NOW Defendant No. 02 HOLLY KOLIOPOULOS (hereinafter "Koliopoulos"), by and through her counsel, Harlan Y. Kimura, and hereby moves this Honorable Court to exclude from introduction at the trial on this matter any and all evidence of: (a) the marital status of Koliopoulos at the time of the birth of her two (2) daughters; (b) her oldest daughter presently residing

with her sister in San Jose, California; (c) her youngest daughter previously being the subject of a Child Protective Service Proceeding in the Family Court of the State of Hawaii; and/or (d) her youngest daughter allegedly being unsupervised during extended periods of time while residing with Koliopoulos.

This Motion is based upon Rules 401, 402 and 403 of the <u>Federal Rules of Evidence</u>, the Records and Files in this Case, the attached Memorandum Of Law and such other evidence and argument as the Court may consider at a hearing to be held on this Motion.

DATED at Honolulu, Hawaii, **JUL -5 2006** _____.

_____
HARLAN Y. KIMURA
Attorney for Defendant No. 02
HOLLY KOLIOPOULOS