HARLAN Y. KIMURA  #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii  96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail:  hyk@aloha.net

Attorney for Defendant No. 02
HOLLY KOLIOPOULOS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00106-02 HG |
| | ) |
| Plaintiff, | ) MEMORANDUM OF LAW |
| | ) |
| vs. | ) |
| | ) |
| HOLLY KOLIOPOULOS, | ) |
| | ) |
| Defendant. | ) |

MEMORANDUM OF LAW

COMES NOW Defendant No. 02 HOLLY KOLIOPOULOS (hereinafter "Koliopoulos"), by and through her counsel, Harlan Y. Kimura, and hereby submits this Memorandum Of Law in support of her Motion In Limine To Exclude Evidence Of Defendant's Parenting Skills And Responsibilities.

/ /

/ /

I.   FACTS.

Koliopoulos has two (2) daughters, Jadee and Anna Marie, fathered by different males. Jadee presently lives with one (1) of Koliopoulos' sister, Ms. Heidi Violante, in San Jose, California. Anna Marie lives with Koliopoulos in Kaneohe. However, until recently Anna Marie was in the custody of Child Protective Services of the Department of Human Services, State of Hawaii, having been placed there upon the arrest of Koliopoulos on or about March 4, 2005.

The Discovery provided by the Government to date (hereinafter "Discovery") indicates that Defendant No. 03, ARTHUR KIYOSHI HIDANO (hereinafter "Hidano") was interviewed previously by Government Agents and stated that Koliopoulos "often acts strangely by disappearing for twelve hours a day or sometimes over a day, and not caring for her 8 year old daughter." Bates No. 34. Additionally, some of the neighbors of Koliopoulos when she resided at 94-069 Puanane Loop, Mililani, Hawaii 96789, may have observed Anna Marie being largely unsupervised while in her care.

II.   ARGUMENT.

The First Superseding Indictment filed herein on December 15, 2005 charges Koliopoulos with possession of a listed chemical with the intent to manufacture a controlled substance, as well as being engaged in a conspiracy to

engage in the same (hereinafter "Charges"). There is no indication in the Charges concerning the parenting skills and responsibility of Koliopoulos with respect to her two (2) daughters, Jadee and Anna Marie. Furthermore, the supervision, or lack thereof, by Koliopoulos of Anna Marie has never been raised by the Government. Therefore, since there is absolutely no probative value in Koliopoulos' parenting skills and responsibilities when compared to the Charges, the same should be excluded from the trial herein as irrelevant. Fed. R. Evid. 402.

III.   CONCLUSION.

Based upon all the foregoing, Koliopoulos respectfully requests her Motion In Limine To Excluded Evidence Of Defendant's Parenting Skills And Responsibilities be GRANTED because evidence of that nature is totally irrelevant to the Charges.

DATED at Honolulu, Hawaii, __JUL - 5 2006_____.

_____
HARLAN Y. KIMURA
Attorney for Defendant No. 02
HOLLY KOLIOPOULOS