## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties listed below, in the manner described thereto, at their last-known addresses, on ___JUL - 5 2006___.

                                                                             __By U.S. Mail__    __By Hand Delivery__

EDWARD H. KUBO, JR., ESQ.                                                X
United States Attorney
MARK A. INCIONG. ESQ.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

        DATED at Honolulu, Hawaii, ___JUL - 5 2006___.

                                                _/s/ Harlan Y. Kimura_
                                                HARLAN Y. KIMURA
                                                Attorney for Defendant No. 02
                                                HOLLY KOLIOPOULOS