ORIGINAL

HARLAN Y. KIMURA  #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii  96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail:  hyk@aloha.net

Attorney for Defendant No. 02
HOLLY KOLIOPOULOS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 05 2006

at 3 o'clock and 26 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00106-02 HG |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION; |
| | ) | MOTION IN LIMINE TO |
| vs. | ) | EXCLUDE EVIDENCE OF |
| | ) | DEFENDANT'S ALIASES AND |
| HOLLY KOLIOPOULOS   (02), | ) | ADDRESSES; MEMORANDUM |
| | ) | OF LAW; CERTIFICATE OF |
| Defendant. | ) | SERVICE |
| | ) | |
| | ) | Date:    July ____, 2006 |
| | ) | Time: |
| | ) | Judge:   Helen Gillmor |
| | ) | |

**NOTICE OF MOTION**

TO:   EDWARD H. KUBO, JR., ESQ.
      United States Attorney
      MARK A. INCIONG. ESQ.
      Assistant U.S. Attorney
      Room 6100, PJKK Federal Building
      300 Ala Moana Blvd., Box 50183
      Honolulu, Hawaii  96850

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable Helen Gillmor, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, on July ___, 2006, at _____ __.m., or as soon thereafter as counsel may be heard.

DATED at Honolulu, Hawaii, _____JUL -5 2006_____.

                                             HARLAN Y. KIMURA
                                             Attorney for Defendant No. 02
                                             HOLLY KOLIOPOULOS

HARLAN Y. KIMURA  #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii  96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail:  hyk@aloha.net

Attorney for Defendant No. 02
HOLLY KOLIOPOULOS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00106-02 HG |
| | ) |
| Plaintiff, | ) MOTION IN LIMINE TO |
| | ) EXCLUDE EVIDENCE OF |
| vs. | ) DEFENDANT'S ALIASES AND |
| | ) ADDRESSES |
| HOLLY KOLIOPOULOS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

MOTION IN LIMINE TO EXCLUDE EVIDENCE OF
DEFENDANT'S ALIASES AND ADDRESSES

COMES NOW Defendant No. 02 HOLLY KOLIOPOULOS (hereinafter "Koliopoulos"), by and through her counsel, Harlan Y. Kimura, and hereby moves this Honorable Court to exclude from introduction at the trial on this matter any and all evidence that indicates her name, identity, and/or residence address(es), other than as HOLLY KOLIOPOULOS PRESENTING RESIDING

AT 47-611 MAPELE ROAD, KANEOHE, HAWAII 96744, BUT FORMERLY RESIDED AT 94-068 PUANANE LOOP, MILILANI, HAWAII 9678, AND WHOSE SOCIAL SECURITY NUMBER IS XXX-XX-4116.

    This Motion is based upon Rules 401, 402 and 403 of the <u>Federal Rules of Evidence</u>, the Records and Files in this Case, the attached Memorandum Of Law and such other evidence and argument as the Court may consider at a hearing to be held on this Motion.

    DATED at Honolulu, Hawaii,   JUL - 5 2006  .

_____<br>
HARLAN Y. KIMURA<br>
Attorney for Defendant No. 02<br>
HOLLY KOLIOPOULOS