ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 3 2006

at 10 o'clock and 10 min. a M
SUE BEITIA, CLERK

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00106 HG |
| Plaintiff, | )<br>)<br>) | SECOND SUPERSEDING INDICTMENT |
| v. | )<br>) | [21 U.S.C. §§ 846, 841(a)(1),<br>841(b)(1)(A) and 841(c)(2)] |
| HOLLY KOLIOPOULOS,           (02)<br>ARTHUR KIYOSHI HIDANO,    (03) | )<br>) | |
| Defendants. | ) | |

SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

Count 1

On or about March 4, 2005, in the District of Hawaii, Defendant HOLLY KOLIOPOULOS, did knowingly and intentionally attempt to possess iodine, a listed chemical, knowing, or having reasonable cause to believe, that the iodine would be used to manufacture a controlled substance, and committed an overt act that was a substantial step towards possessing the iodine, that

is, took receipt of a Royal Mail parcel on March 4, 2005 at the UPS Store located at 45-943 Kamehameha Highway, Kaneohe, Hawaii by signing the name "S. Echols."

All in violation of Title 21, United States Code, Sections 846 and 841(c)(2).

## Count 2

Beginning at a date unknown and continuing up to and including on or about March 5, 2005, in the District of Hawaii and elsewhere, defendants HOLLY KOLIOPOULOS and ARTHUR KIYOSHI HIDANO, along with Steven Paul Echols, who is not named as a defendant in this indictment, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown to the grand jury, to manufacture 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, §§ 846, 841(a)(1) and (b)(1)(A).

OVERT ACTS

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following acts, among others, were committed within the District of Hawaii, and elsewhere:

1. On or about August 3, 2004, Steven Paul Echols placed an online order with FS Book Company for the following books: "Secrets of Methamphetamine Manufacture", "Total Synthesis II", "Amphetamine Syntheses", "Advanced

2

      Techniques of Clandestine Psychedelic & Amphetamine Manufacture" and "Sources."

2. On or about February 16, 2005, Steven Paul Echols placed an online order with Hyder Business Services, Ltd. for 500 grams of iodine crystals with the iodine to be shipped to: Stephen Echols, 45-943 Kam Highway, Suite C-258, Kaneohe, Hawaii, 96744.

3. In or about February, 2005, defendant HOLLY KOLIOPOULOS purchased two boxes of cold medicine for Steven Paul Echols to use in the manufacture of methamphetamine.

4. In or about February, 2005, defendant ARTHUR KIYOSHI HIDANO purchased three boxes of Sudafed from the Long's Drugs store on King Street in Honolulu, Hawaii for Steven Paul Echols to use in the manufacture of methamphetamine.

5. On or about March 4, 2005, Steven Paul Echols sent an e-mail confirming he had sent payment via Paypal for his online order of one kilogram of red phosphorous.

6. On or about March 4, 2005, defendant HOLLY KOLIOPOULOS drove to the UPS Store located at 45-943 Kamehameha Highway, Kaneohe, Hawaii.

7. On or about March 4, 2005, at the UPS store referenced above, defendant HOLLY KOLIOPOULOS picked up a Royal Mail parcel addressed to Steven Echols which listed the contents as iodine. KOLIOPOULOS signed for the parcel by writing "S. Echols."

8. On or about March 5, 2005, at 94-068 Puanane Loop, Mililani, Hawaii, Steven Paul Echols possessed chemicals, laboratory glassware, air pumps and filters used in the manufacture of methamphetamine.

All in violation of Title 21, United States Code, Section 846.

Dated: July 13, 2006, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

MARK A. INCIONG
Assistant U.S. Attorney

United States v. Koliopoulos & Hidano
Second Superseding Indictment
CR. No. 05-00106 HG