IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL 05-00106HG |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| -02 HOLLY KOLIOPOULOS | ) | |
| -03 ARTHUR KIYOSHI HIDANO, | ) | |
| | ) | |
| Defendant(s). | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 14 2006

at 1 o'clock and 45 min. PM
SUE BEITIA, CLERK

ORDER RE-ASSIGNING CASE

Good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled case originally assigned to the Honorable Helen Gillmor is reassigned to the Honorable Alan C. Kay.

DATED at Honolulu, Hawaii on 7·14·06.

Helen Gillmor,
Chief, United States District Judge