ORIGINAL

HARLAN Y. KIMURA  #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii  96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail:  hyk@aloha.net

Attorney for Defendant No. 02
HOLLY KOLIOPOULOS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00106 ACK |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING TRIAL AND TO |
| vs. | ) EXCLUDE TIME |
| | ) |
| HOLLY KOLIOPOULOS,    (02) | ) |
| ARTHUR KIYOSHI HIDANO, (03) | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION AND ORDER
CONTINUING TRIAL AND TO EXCLUDE TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the jury trial presently scheduled for July 25, 2006, be continued to August 23, 2006 at 9:30 a.m. before the Honorable Alan C. Kay.  A Final Pretrial Conference is set for July 27, 2006 at 10:00 a.m. before the Honorable Alan C. Kay.

The reason for the continuance is that the trial schedule of the original trial judge, the Honorable Helen Gillmor, will not accommodate the trial herein to commence on July 23, 2006 and the Assistant United States Attorney assigned to this case will be unavailable until August 23, 2006. Additionally, it is believed that Defendant Hidano and the Government have reached a plea agreement in this case. Thirdly, Defendant Koliopoulos is not presently in custody on the charges against her and has no objection to a continuance of the trial date. Finally, Defendant Koliopoulos has been recently advised there is additional discovery the Government will be providing to her and her counsel needs additional time to review the same so as to exercise due diligence in preparation for the trial herein.

The Court excludes the time from July 25, 2006, to and including August 23, 2006, from computations required by the Speedy Trial Act, Title 18, United States Code, Section 3161. The Court finds that the ends of justice outweigh the best interest of the public and the Defendants in a speedy trial because the continuance allows counsel for Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence in accordance with 18 U.S.C. §§ 3161 (h) (8) (A) and 3161 (h) (8) (B) (iv).

/ /

DATED at Honolulu, Hawaii, _July 13, 2006_.

                EDWARD H. KUBO, JR.
                United states Attorney
                District of Hawaii

By _/s/_
    MARK A. INCIONG
    Assistant U.S. Attorney

_/s/ Pamela E. Tamashiro_
PAMELA E. TAMASHIRO
Attorney for Defendant
ARTHUR KIYOSHI HIDANO

_/s/_
HARLAN Y. KIMURA
Attorney for Defendant
HOLLY KOLIOPOULOS

IT IS SO APPROVED AND ORDERED:

Dated: Honolulu, Hawaii, __JUL 1 4 2006__.

_/s/_
United States District Judge

United States v. Kolliopoulos & Hidano; Cr. No. 05-001601 HG; "Stipulation And Order Continuing Trial And To Exclude Time