IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00106 ACK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HOLLY KOLIOPOULOS, (02) | ) | |
| ARTHUR KIYOSHI HIDANO, (03) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER REVISING DEADLINES

      Pursuant to the joint Stipulation and Order Continuing Trial and to Exclude Time, the jury trial in this matter will begin at 9:30 a.m. on August 23, 2006 before the Honorable Alan C. Kay, Senior United States District Judge.  The Final Pretrial Conference will be held July 27, 2006 at 10:00 a.m..  In addition, the Court revises the following deadlines from the June 27, 2006 Report of Final Pretrial Conference, Minutes and Order as such:

      1) Memoranda in opposition to any motions in limine shall be filed with the Court by July 19, 2006.  Any replies shall be filed by July 24, 2006.

      2) Joint jury instructions shall be filed with the Court, pursuant to Local Rule 51.1, by July 21, 2006. Supplemental instructions that are not agreed upon should also be filed at that time.  Objections to supplemental instructions

shall be filed by July 24, 2006.

   3) Witness lists, Stipulations, Voir Dire Questions, and Trial Briefs shall be filed with the Court by July 21, 2006. The Government shall also complete its production of <u>Brady</u> and <u>Giglio</u> material by July 21, 2006.

   4) All other deadlines set in the June 27, 2006 Report of Final Pretrial Conference, Minutes and Order are to remain the same.

   IT IS SO ORDERED.

   DATED: Honolulu, Hawaii, July 14, 2006.



          _____
          Alan C. Kay
          Sr. United States District Judge

<u>UNITED STATES V. KOLIOPOULOS AND HIDANO, CR. NO. 05-00106 ACK, ORDER REVISING DEADLINES</u>.