# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/18/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00106ACK

CASE NAME:        USA v. (02) Holly Koliopoulos, (03) Arthur Kiyoshi Hidano

ATTYS FOR PLA:    Mark A. Inciong

ATTYS FOR DEFT:   (02) Harlan Y. Kimura, (03) Pamela E. Tamashiro

INTERPRETER:

JUDGE:   Kevin S.C. Chang          REPORTER:   C5F

DATE:    7/18/2006                 TIME:       3:35 - 3:37

COURT ACTION:  EP: A & P to the Second Superseding Indictment as to (02) Holly Koliopoulos, (03) Arthur Kiyoshi Hidano - deft (02) Holly Koliopoulos present on bail. Deft (03) Arthur Kiyoshi Hidano's presence waived due to job related injury.

As to (02) Holly Koliopoulos - arrn waived.  Plea of NOT GUILTY entered.  Trial date of 8-23-06 @ 9:30 a.m., ACK  to remain.

As to (03) Arthur Kiyoshi Hidano - Arraignment and Plea of Guilty to the Second Superseding Indictment is set for 7-25-06 @ 3:30 p.m., LEK.

Bail to continue.

Submitted by Richlyn Young, courtroom manager