EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG   CA BAR #163443
Assistant U. S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO.  05-00106 HG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S WITNESS LIST; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| HOLLY KOLIOPOULOS, | ) | Trial: August 23, 2006 |
| | ) | Time:  9:30 a.m. |
| Defendant. | ) | Judge: Hon. Alan Cooke Kay |

GOVERNMENT'S WITNESS LIST

   The Government hereby submits a  witness list, attached hereto, in the above-captioned matter.

   The United States expects to call the following witnesses in its case-in-chief, although it reserves the right to

change the order of these witnesses, substitute witnesses, add witnesses or omit one or more witnesses.

DATED: July 21, 2006, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


By /s/ Mark A. Inciong
    MARK A. INCIONG
    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically by CM/ECF:

HARLAN KIMURA, ESQ.                July 21, 2006
hyk@aloha.net

Counsel for HOLLY KOLIOPOULOS

DATED:  Honolulu, Hawaii, July 21, 2006.

/s/ M. Derby-Taufa'asau

```
UNITED STATES OF AMERICA              WITNESS LIST
     vs.
HOLLY KOLIOPOULOS                     CR. NO. 05-00106 ACK
```

| | | |
|---|---|---|
| Presiding Judge | Plaintiff's Attorney | Defendants' Attorney |
| **ALAN COOKE KAY** | **MARK A. INCIONG, AUSA** | **HARLAN Y. KIMURA, ESQ.** |

| | | |
|---|---|---|
| Trial Date | Court Reporter | Courtroom Deputy |
| **August 23, 2006** | | **Leslie Sai** |

| Plf. No. | Witness |
|---|---|
| 1 | Special Agent Ed Feeley, ICE |
| 2 | Special Agent Marc Mato, ICE |
| 3 | Special Agent Kapi Muraoka, ICE |
| 4 | Special Agent Stephen Marceleno, ICE |
| 5 | Special Agent Frank Okamura, ICE |
| 6 | Special Agent Noreen (Dede) Apana Yabuta, ICE |
| 7 | Special Agent Gregorio Perez, ICE |
| 8 | Special Agent Nephi Camacho, ICE |
| 9 | Special Agent Alvin Wong, ICE |
| 10 | Special Agent Gabriel Uribe, ICE |
| 11 | Special Agent Richard Stamm, ICE |
| 12 | Special Agent Kelly Mayne, ICE |
| 13 | Special Agent Richard Jones, DEA |
| 14 | Special Agent James Yuen, DEA |
| 15 | Officer Jack Wright, HPD |
| 16 | Taskforce Officer Sydney Kuranishi, DEA |
| 17 | Diversion Investigator Allan Lovas, DEA |
| 18 | Diversion Investigator John Palomo, DEA |
| 19 | Chemist Daniel Roesch, DEA |
| 20 | Investigator Derek Nakamura, NED |
| 21 | Investigator Ed Gomes, NED |
| 22 | Investigator Ronald Imoto, NED |
| 23 | Investigator Lani Yadao, NED |

| 24 | Investigator Dean Yamamoto, NED |
|----|-----------------------------------|
| 25 | Investigator Dana Shinozuka, NED |
| 26 | Investigator Dennis Imamura, NED |
| 27 | Investigator Glen Kimura, NED |
| 28 | Postal Inspector Mitch Tabera, USPS |
| 29 | Steven Echols |
| 30 | Opal Garrett |
| 31 | Ivy Matsuo |
| 32 | John Thames |
| 33 | Shay-Lynn Bixby |
| 34 | FS Books, Custodian of Records |
| 35 | UPS Store, Custodian of Records |
| 36 | America Online, Custodian of Records |
| 37 | PayPal/Ebay, Custodian of Records |