ORIGINAL

HARLAN Y. KIMURA #3321-0
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii 96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail: hyk@aloha.net

Attorney for Defendant No. 02
HOLLY KOLIOPOULOS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 1 2006

at 3 o'clock and 55 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR NO. 05-00106-02 ACK |
|---|---|
| Plaintiff, | ) |
|  | ) DEFENDANT'S |
|  | ) SUPPLEMENTAL JURY |
| vs. | ) INSTRUCTIONS; EXHIBITS |
|  | ) "A" AND "B"; CERTIFICATE |
|  | ) OF SERVICE |
| HOLLY KOLIOPOULOS, (02) | ) |
| Defendant. | ) Trial:    August 23, 2006 |
|  | ) Time:    9:00 a.m. |
|  | ) Judge:   Alan C. Kay |

DEFENDANT'S SUPPLEMENTAL JURY INSTRUCTIONS

COMES NOW Defendant No. 02 HOLLY KOLIOPOULOS (hereinafter "Koliopoulos"), by and through her counsel, Harlan Y. Kimura, and hereby submits her Supplemental Jury Instructions pursuant to that certain Order Revising Deadlines filed herein on July 14, 2006. Attached hereto as Exhibit "A"

are Koliopoulos' Proposed Jury Instructions and Exhibit "B" are "clean copies" of the same pursuant to Local Rule 51.1.

DATED at Honolulu, Hawaii, _____JUL 2 1 2006_____.

_____
HARLAN Y. KIMURA
Attorney for Defendant No. 02
HOLLY KOLIOPOULOS