ORIGINAL

HARLAN Y. KIMURA  #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii  96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail:  hyk@aloha.net

Attorney for Defendant No. 02
HOLLY KOLIOPOULOS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 1 2006

at _____ o'clock and ___ min. __ M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00106 ACK |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S TRIAL BRIEF; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | Trial     August 23, 2006 |
| HOLLY KOLIOPOULOS,     (02) | ) | Time:    9:00 a.m. |
| | ) | Judge:   Alan C. Kay |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S TRIAL BRIEF

COMES NOW Defendant No. 02 HOLLY KOLIOPOULOS

(hereinafter "Koliopoulos"), by and through her counsel, Harlan Y. Kimura, and

pursuant to the Order Revising Deadlines filed herein on July 14, 2006, hereby

states that she will not be filing a Trial Brief because the same would disclose a

theory of defense that she may be advancing at the Trial herein.  However,

Koliopoulos further states that should significant disputed issues of law arise at

Trial they will be addressed at the appropriate time at the request of This

Honorable Court.

DATED at Honolulu, Hawaii, ___JUL 2 1 2006_____.


HARLAN Y. KIMURA
Attorney for Defendant No. 02
HOLLY KOLIOPOULOS

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was duly

served upon the following parties listed below, in the manner described thereto, at

their last-known addresses, on _____JUL 2 1 2006_____.

<u>By U.S. Mail</u>    <u>By Hand Delivery</u>

EDWARD H. KUBO, JR., ESQ.                                X
United States Attorney
MARK A. INCIONG. ESQ.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED at Honolulu, Hawaii, ___JUL 2 1 2006_____.


HARLAN Y. KIMURA
Attorney for Defendant No. 02
HOLLY KOLIOPOULOS