ORIGINAL

HARLAN Y. KIMURA  #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii  96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail: hyk@aloha.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 21 2006

at 3 o'clock and 59 min. P M
SUE BEITIA, CLERK

Attorney for Defendant No. 02
HOLLY KOLIOPOULOS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00106 ACK |
|---|---|
| Plaintiff, | ) |
| | ) DEFENDANT'S PROPOSED VOIR |
| | ) DIRE QUESTIONS; CERTIFICATE |
| vs. | ) OF SERVICE |
| | ) |
| HOLLY KOLIOPOULOS,  (02) | ) Trial:   August 23, 2006 |
| | ) Time:   9:00 a.m. |
| Defendant. | ) Judge:  Alan C. Kay |
| | ) |

## DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

Defendant No. 02 HOLLY KOLIOPOULOS (hereinafter "Koliopoulos") proposes the following voir dire questions:

1.    Is there anyone here who has had a bad experience in caring for a sick dog?

    (a)    How long ago was this experience?

    (b)    What was the nature of this experience?

(c) Is there anything about this experience that makes you feel that you cannot be a fair and impartial juror in a case that involves caring for a sick dog?

2. Is there anyone here who has had a bad experience with someone receiving governmental assistance because of being unable to work for medical reasons?

(a) How long ago was this experience?

(b) What was the nature of this experience?

(c) Is there anything about this experience that makes you feel that you cannot be a fair and impartial juror in a case that involves a person who receives governmental assistance because of being unable to work due to medical reasons?

3. Is there anyone here who has had a bad experience with someone buying seashell jewelry made by an individual needing extra money to make ends meet?

(a) How long ago was this experience?

(b) What was the nature of this experience?

(c) Is there anything about this experience that makes you feel that you cannot be a fair and impartial juror in a case that involves a person who makes seashell jewelry needing extra money to make ends meet?

4. Is there anyone here who has had a bad experience with a single

mother raising her two (2) daughters?

    (a)    How long ago was this experience?

    (b)    What was the nature of this experience?

    (c)    Is there anything about this experience that makes you feel that you cannot be a fair and impartial juror in a case that involves a single mother raising her two (2) daughters?

DATED at Honolulu, Hawaii,   JUL 2 1 2006  .

HARLAN Y. KIMURA
Attorney for Defendant No. 02
HOLLY KOLIOPOULOS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties listed below, in the manner described thereto, at their last-known addresses, on ___JUL 2 1 2006___.

|  | By U.S. Mail | By Hand Delivery |
|---|---|---|
| EDWARD H. KUBO, JR., ESQ.<br>United States Attorney<br>MARK A. INCIONG. ESQ.<br>Assistant U.S. Attorney<br>Room 6100, PJKK Federal Building<br>300 Ala Moana Blvd., Box 50183<br>Honolulu, Hawaii  96850 |  | X |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED at Honolulu, Hawaii, ___JUL 2 1 2006___.

_____
HARLAN Y. KIMURA
Attorney for Defendant No. 02
HOLLY KOLIOPOULOS