

ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 21 2006
at ___ o'clock and ___ min ___
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>       vs.                        )<br>                                  )<br>HOLLY KOLIOPOULOS,      (2)       )<br>                                  )<br>            Defendant.            )<br>_____) | CR. NO. 05-00106 ACK<br><br>STIPULATION |

**STIPULATION**

IT IS HEREBY STIPULATED and agreed between the undersigned parties that the business records of the UPS Store, 45-943 Kamehameha Highway, Kaneohe, Hawaii; FS Book Company; America Online; and PayPal/Ebay are accurate, were timely made in the regular course of business by a person with knowledge of those matters and are admissible at trial in the above-captioned matter.

IT IS SO STIPULATED.

EDWARD H. KUBO, JR.
United States Attorney

Dated: 7-21-06

MARK A. INCIONG
Assistant U.S. Attorney

Dated: 7/21/06

HARLAN KIMURA, ESQ.
Attorney for Holly Koliopoulos

U.S. v. Koliopoulos
CR 05-00106 HG
"Stipulation To Admissibility
of Business Records"

2