ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 21 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00106 ACK |
| Plaintiff, | ) | |
| | ) | STIPULATION |
| vs. | ) | |
| HOLLY KOLIOPOULOS,  (2) | ) | |
| Defendant. | ) | |

### STIPULATION

IT IS HEREBY STIPULATED and agreed between the undersigned parties that the substance seized on March 3, 2005 in Honolulu, Hawaii by Customs and Border Protection agents from inside a Royal Mail parcel sent from Hyder Business Services Ltd., 147-157 St. John Street, London, EC1V 4PY, Great Britain, via international registered mail, to Stephen Echols, 45-943 Kamehameha Highway, Suite C258, Kaneohe, Hawaii, 96744, was

iodine, a listed chemical, with a net weight of 501.7 grams.

IT IS FURTHER STIPULATED and agreed between the undersigned parties that the substance seized on March 3, 2005 in Honolulu, Hawaii by Customs and Border Protection agents from inside a second parcel sent from Hyder Business Services Ltd., 147-157 St. John Street, London, ECIV 4PY, Great Britain, via international registered mail, to Stephen Echols, 45-943 Kamehameha Highway, Suite C258, Kaneohe, Hawaii, 96744, was ammonium chloride with a net weight of 1,109 grams.

IT IS FURTHER STIPULATED and agreed between the undersigned parties that the substances seized from 94-068 Puanane Loop, Mililani, Hawaii on March 5, 2005 are methamphetamine, a Schedule II controlled substance, with a net weight of approximately .75 grams of actual, or pure, methamphetamine.

**IT IS SO STIPULATED.**

EDWARD H. KUBO, JR.
United States Attorney

Dated: 7-21-06

MARK A. INCIONG
Assistant U.S. Attorney

Dated: 7/21/06

HARLAN KIMURA, ESQ.
Attorney for Holly Koliopoulos

2