ORIGINAL

HARLAN Y. KIMURA  #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii 96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail: hyk@aloha.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 24 2006

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

Attorney for Defendant No. 02
HOLLY KOLIOPOULOS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLY KOLIOPOULOS,    (02)<br><br>Defendant. | CR. NO. 05-00106-02 ACK<br><br>REPLY MEMORANDUM IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE EVIDENCE OF DEFENDANT'S ALIASES AND ADDRESSES FILED JULY 5, 2006; CERTIFICATE OF SERVICE<br><br>Date:   July 27, 2006<br>Time:   10:00 a.m.<br>Judge:  Alan C. Kay |

REPLY MEMORANDUM
IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE EVIDENCE OF
DEFENDANT'S ALIASES AND ADDRESSES FILED JULY 5, 2006

COMES NOW Defendant No. 02 HOLLY KOLIOPOULOS

(hereinafter "Koliopoulos"), by and through her counsel, Harlan Y. Kimura, and

hereby submits this Reply Memorandum In Support Of Motion In Limine To

Exclude Evidence Of Defendant's Aliases And Addresses filed herein on July 5, 2006 (hereinafter "Alias Motion").

I.   REPLY ARGUMENT.

In essence, the Government concedes that the Alias Evidence is irrelevant to its case in chief. United States' Response And Opposition To Defendant Koliopoulos' Motions In Limine filed herein on July 19, 2006 (hereinafter "Memo In Opp") at 2. Therefore, the Alias Motion should be granted. However, if Koliopoulos introduces the Alias Evidence by way of cross-examination, or in her case in chief, the Government in all fairness should also be entitled to introduce all or any portion of the same. In that event and at the suggestion of the Government, this Honorable Court should first issue a ruling whether the Government is permitted to introduce all or any portion of the Alias Evidence.

II.   CONCLUSION .

Based upon the Alias Motion, Memo In Opp, and all the foregoing, Koliopoulos respectfully requests her Motion In Limine To Exclude Defendant's Aliases and Addresses be GRANTED and the Government prohibited from referring to her other than as HOLLY KOLIOPOULOS PRESENTING RESIDING AT 47-611 MAPELE ROAD, KANEOHE, HAWAII 96744, BUT

FORMERLY RESIDED AT 98-068 PUANANE LOOP, MILILANI, HAWAII 96789, AND WHOSE SOCIAL SECURITY NUMBER IS XXX-XX-4116, unless it receives this Honorable Court's permission to do so prior thereto.

DATED at Honolulu, Hawaii, JUL 2 4 2006        .

HARLAN Y. KIMURA
Attorney for Defendant No. 02
HOLLY KOLIOPOULOS

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties listed below, in the manner described thereto, at their last-known addresses, on ____JUL 2 4 2006____.

|  | By U.S. Mail | By Hand Delivery |
|---|---|---|
| EDWARD H. KUBO, JR., ESQ.<br>United States Attorney<br>MARK A. INCIONG. ESQ.<br>Assistant U.S. Attorney<br>Room 6100, PJKK Federal Building<br>300 Ala Moana Blvd., Box 50183<br>Honolulu, Hawaii 96850 |  | X |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED at Honolulu, Hawaii, ____JUL 2 4 2006____.

_____
HARLAN Y. KIMURA
Attorney for Defendant No. 02
HOLLY KOLIOPOULOS