ORIGINAL

HARLAN Y. KIMURA  #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii 96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail: hyk@aloha.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 24 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Attorney for Defendant No. 02
HOLLY KOLIOPOULOS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 05-00106-02 ACK |
| Plaintiff, | REPLY MEMORANDUM IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE EVIDENCE OF NONVERBAL TESTIMONY AND OBSERVATIONS OF DEFENDANT PRIOR TO MIRANDA WARNING FILED JULY 5, 2006; CERTIFICATE OF SERVICE |
| vs. | |
| HOLLY KOLIOPOULOS, (02) | |
| Defendant. | |
| | Date:  July 27, 2006 |
| | Time:  10:00 a.m. |
| | Judge:  Alan C. Kay |

REPLY MEMORANDUM IN SUPPORT OF
MOTION IN LIMINE TO EXCLUDE EVIDENCE OF
NONVERBAL TESTIMONY AND OBSERVATIONS OF DEFENDANT
PRIOR TO MIRANDA WARNING FILED JULY 5, 2006

COMES NOW Defendant No. 02 HOLLY KOLIOPOULOS (hereinafter "Koliopoulos"), by and through her counsel, Harlan Y. Kimura, and hereby submits this Reply Memorandum In Support Of Motion In Limine To Exclude Evidence Of Nonverbal Testimony And Observations Of Defendant Prior To <u>Miranda</u> Warning filed herein on July 5, 2006 (hereinafter "<u>Miranda</u> Motion").

I. <u>REPLY ARGUMENT</u>.

The <u>Miranda</u> Motion is NOT requesting an order from this Honorable Court prohibiting the Government from introducing evidence concerning Koliopoulos' demeanor and her physical state. See United States' Response And Opposition To Defendant Koliopoulos' Motions In Limine filed on July 19, 2006 (hereinafter "Memo In Opp") at 4. As correctly argued by the Government, these observations "are not testimonial in nature and are not hearsay." <u>Id</u>. Instead, the <u>Miranda</u> Motion is seeking to exclude observations and/or conclusions made by SA Feeley and/or SSA Marceleno <u>based upon the statements made by Koliopoulos that have been SUPPRESSED</u>. <u>Miranda</u> Motion at 3-4. It cannot be seriously disputed that neither SA Feeley nor SSA Marceleno would have been able to conclude that Koliopoulos: (a) gave conflicting answers; (b) appeared to be withholding information; and/or (c) was evasive, almost belligerent, in answering questions, without having the benefit of observing the very statements that were

suppressed by Judge Gillmor. To hold otherwise would undermine Judge Gillmor's oral suppression order of April 26, 2005.

II.   CONCLUSION.

Based upon all the Miranda Motion and all the foregoing, Koliopoulos respectfully requests her Motion In Limine To Exclude Evidence Of Defendant's Nonverbal Testimony And Observations Of Defendant Prior To Miranda Warning be GRANTED because the same are derived directly from her SUPPRESSED statements obtained unconstitutionally after the officers made initial contact with her, but before she was advised of her Miranda Rights.

DATED at Honolulu, Hawaii, _____ JUL 2 4 2006 _____.

_____
HARLAN Y. KIMURA
Attorney for Defendant No. 02
HOLLY KOLIOPOULOS

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties listed below, in the manner described thereto, at their last-known addresses, on ___JUL 2 4 2006___.

                                                            <u>By U.S. Mail</u>   <u>By Hand Delivery</u>

EDWARD H. KUBO, JR., ESQ.                                                      X
United States Attorney
MARK A. INCIONG. ESQ.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

        DATED at Honolulu, Hawaii, ___JUL 2 4 2006___.

                                                _____
                                                HARLAN Y. KIMURA
                                                Attorney for Defendant No. 02
                                                HOLLY KOLIOPOULOS