HARLAN Y. KIMURA #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii 96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail: hyk@aloha.net

Attorney for Defendant No. 02
HOLLY KOLIOPOULOS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 005-00106-02 ACK |
| Plaintiff, | ) FOURTH STIPULATION TO |
| | ) MODIFY TERMS OF PRE-TRIAL |
| vs. | ) SUPERVISION AND ORDER |
| HOLLY KOLIOPOULOS, (02) | ) |
| Defendant. | ) |

FOURTH STIPULATION TO
MODIFY TERMS OF PRE-TRIAL SUPERVISION AND ORDER

COMES NOW the UNITED STATES OF AMERICA and Defendant HOLLY KOLIOPOULOS (hereinafter "Defendant"), by and through their respective counsel, and hereby acknowledge that pursuant to Condition 7m1 the Defendant is prohibited from contacting co-defendants, co-conspirators, or witnesses in the above entitled case, or any related case. Mr. Darrell Len has been

identified as an individual that falls within one (1) of those categories. However, Mr. Darrell Len is the biological father of Defendant's oldest daughter and a long-time roommate of a recently deceased co-defendant, the late Arthur Kiyoshi Hidano. Therefore, it is important that Defendant communicate with Mr. Darrell Len concerning their daughter and his mental health due to the recent passing of his long-time roommate. U.S. Pretrial Services has been advised of this situation. Therefore, the Defendant and Government hereby stipulate and agree to amend Condition 7m1 as follows:

> THE DEFENDANT IS PERMITTED TO COMMUNICATE WITH MR. DARRELL LEN CONCERNING THE RAISING AND CARE OF THEIR DAUGHTER, HIS MENTAL HEALTH, AND OTHER MATTERS UNRELATED TO THIS OR ANY RELATED CASE, PROVIDED THAT THOSE COMMUNICATIONS ARE SUPERVISED AT ALL TIMES BY DEFENDANT'S THIRD PARTY CUSTODIAN, MS. HELEN JAY.

All other pre-trial conditions shall remain the same.

//

//

//

DATED at Honolulu, Hawaii, _____JUL 2 4 2006_____.

_____
MARK A. INCIONG
Attorney for Plaintiff
UNITES STATES OF AMERICA


_____
HARLAN Y. KIMURA
Attorney for Defendant No. 02
HOLLY KOLIOPOULOS


_____
ALISON THOM
U. S. Pretrial Services


APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT


UNITED STATES OF AMERICA vs. HOLLY KOLIOPOLOS; Cr. No. 05-00106-02 ACK, Fourth Stipulation To Modify Terms Of Pre-Trial Supervision And Order.