# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/27/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR NO. 05-00106ACK

CASE NAME:         United States of America Vs. (02) Holly Koliopoulos

ATTYS FOR PLA:    Mark A. Inciong

ATTYS FOR DEFT:   Harlan Y. Kimura

INTERPRETER:

JUDGE:    Alan C. Kay        REPORTER:    Sharon Ross

DATE:    07/27/2006        TIME:    10:08am-l0:30am

COURT ACTION:  EP: Final PreTrial Conference and Various Motions' in Limine as to Defendant (02 Holly Koliopoulos-Defendant present not in Custody.

Motions' in Limine-(10:08am-l0:13am)

Government's Motion to Admit 404 (b) Evidence-Oral Argument Held.  This Motion is hereby Denied.

Defendant's Motion in Limine to Exclude Evidence of Defendant's Parenting Skills and Responsibilities-This Motion is hereby Granted.

Defendant's Motion in Limine to Exclude Evidence of Defendant's Aliases and Addresses-This Motion is hereby Granted.

Defendant's Motion in Limine to exclude evidence of Nonverbal Testimony and Observations of Defendant prior to Miranda Warning-This Motion is hereby Granted.

Final PreTrial Conference (10:13am-l0:30 a.m.)

Length of Trial-Government-3 to 4 Days

       -Defendant-2 Days

Verdict Form submitted to the Court from Mark Inciong-AUSA.

Court discussed Jury Instructions, Witnesses and Voir Dire regarding Jury Selection/Jury Trial set for 8/23/2006 @9:00 a.m. before Judge Kay.


Submitted by Leslie L. Sai, Courtroom Manager