**ORIGINAL**

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA                    SUMMONS IN A CRIMINAL CASE

V.

Case Number: CR 05-00106 HG-02

HOLLY KOLIOPOULOS (02)
(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 28 2006
at 7 o'clock and 30 min. __M

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | AS DESIGNATED |
| | Date and Time |
| Before: Kevin S. C. Chang, United States Magistrate Judge | JULY 18, 2006 AT 3:00 PM |

To Answer a(n) Superceding Indictment

Charging you with a violation of Title 21 United States Code, Section(s) 846, 21:841(c)(2), 21:841(a)(1) and (b)(1)(A).

Brief description of offense:
Count 1: Attempt to possess iodine that would be used to manufacture a controlled substance
Count 2: Conspiracy to manufacture methamphetamine, a Schedule II controlled substance

RECEIVED 2006 JUL 14 AM 7:22

Sue Beitia
Name and Title of Issuing Officer

Signature of Issuing Officer/Deputy Clerk

JULY 13, 2006
Date

ORIGINAL

AO 83 (Rev. 12/85) Summons in a Criminal Case                                CR 05-00106 HG-02

---

## RETURN OF SERVICE

Service as made by me on:[1]                          Date

---

Check one box below to indicate appropriate method of service

☐    Served personally upon the defendant at: _____

☐    Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left:_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____          _____Mark M . Hanohano_____
                    Date                            Name of United States Marshal

                                             _____
                                                  (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Holly Koliopoulos
60 N Nimitz #2404
Honolulu, HI 96817

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Holly Koh_____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_Holly Koliopoulos_

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7005 1820 0002 1810 5914

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box

U.S. MARSHALS SERVICE
P.O. Box 50184
Honolulu, HI 96850

Attn: _Rose_

2006 JUL 24 PM 3:2
U.S. MARSHALS SERVICE
HONOLULU, HI
RECEIVED

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark |
| Return Receipt Fee (Endorsement Required) | | Here |
| Restricted Delivery Fee (Endorsement Required) | | 7/14/06 |
| Total Postage & Fees | $ | |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

7005 1820 0002 1810 5914

PS Form 3800, June 2002   See Reverse for Instructions