AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court
## DISTRICT OF HAWAII

UNITED STATES OF AMERICA

V.

HOLLY KOLIOPOULOS

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: Cr. No. 05-0016-02 ACK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 9 2006

TO:
NED Investigator Dana Shinozuka
3375 Koapaka Street, Suite D-100
Honolulu, HI 96819
Tel. No. 837-8470

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>District of Hawaii<br>300 Ala Moana Blvd.<br>Honolulu, HI 96850 | Judge Alan C. Kay |
| | DATE AND TIME<br>9:30 a.m. August 23, 2006 |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

---

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

SUE BEITIA

(BY) DEPUTY CLERK

DATE

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

HARLAN Y. KIMURA, ESQ., 220 South King Street, Suite 1660, Honolulu, HI 96813; Tel. No. 521-4134

RECEIVED 2006 JUL 31 PM 3:50 U.S. MARSHALS SERVICE HONOLULU, HI

AO 89   (Rev. 7/95)   Subpoena in a Criminal Case

# PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | July 31, 2006 | 300 Ala Moana Blvd |
| SERVED | Aug 7, 2006 | 3375 Koapaka St D-100 |

SERVED ON (PRINT NAME): Dana Shinozuka

FEES AND MILEAGE TENDERED TO WITNESS
☐ YES  ☐ NO   AMOUNT $ _____

SERVED BY (PRINT NAME): Anthony L. Cole

TITLE: DUSM

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  8/7/06
_____
Date

Signature of server

300 Ala Moana.
_____
Address of server

ADDITIONAL INFORMATION