AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court
### DISTRICT OF HAWAII

UNITED STATES OF AMERICA

V.

HOLLY KOLIOPOULOS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 5 2006

at 2 o'clock and 40 min. __M
SUE BEITIA, CLERK

SUBPOENA IN A
CRIMINAL CASE

CASE NUMBER: Cr. No. 05-0016-02-ACK

TO:
Ms. Ivy Miyatake
1118 Akumu Street
Kailua, HI 96734
Tel. No. 230-2200

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>District of Hawaii<br>300 Ala Moana Blvd.<br>Honolulu, HI 96850 | Judge Alan C. Kay |
| | DATE AND TIME |
| | 9:30 a.m. August 23, 2006 |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| SUE BEITIA | |
| (BY) DEPUTY CLERK | JUL 31 2006 |
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER | |

HARLAN Y. KIMURA, ESQ., 220 South King Street, Suite 1660, Honolulu, HI 96813; Tel. No. 521-4134

AO 89   (Rev. 7/95)   Subpoena in a Criminal Case

# PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |
| SERVED | 8/10/06 | fronting Macys in Kailua |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Ms. Ivy Miyatake | ☐ YES  ☒ NO   AMOUNT $ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Brent L. Nahuai | Duran |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  8/14/06
             Date

Signature of server

300 Ala Moana
Address of server

ADDITIONAL INFORMATION