AO 89 (Rev. 7/95) Subpoena in a Criminal Case

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 5 2006

at 2 o'clock and 40 min. P M
SUE BEITIA, CLERK

# United States District Court
## DISTRICT OF HAWAII

UNITED STATES OF AMERICA

v.

HOLLY KOLIOPOULOS

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: CR 05-106 ACK-02
Cr. No. 05-~~0016~~-02 ACK

TO:
Mr. Robert Trotter
286 Main Camp
Kahuku, HI 96731
Tel. No. 275-7853

U.S. MARSHALS SERVICE
HONOLULU, HI
2006 JUL 31 PM 3:50
RECEIVED

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>District of Hawaii<br>300 Ala Moana Blvd.<br>Honolulu, HI 96850 | Judge Alan C. Kay |
| | DATE AND TIME |
| | 9:30 a.m. August 23, 2006 |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| SUE BEITIA<br>(BY) DEPUTY CLERK *[signature]* | JUL 3 1 2006 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

HARLAN Y. KIMURA, ESQ., 220 South King Street, Suite 1660, Honolulu, HI 96813; Tel. No. 521-4134

AO 89  (Rev. 7/95)   Subpoena in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE 8/10/06 | PLACE 286 Maui Camp. |
| SERVED ON (PRINT NAME) Mr. Robert Trotter | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☒ NO  AMOUNT $ |
| SERVED BY (PRINT NAME) Brent L. Nahau | | TITLE 8 Donsu |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  8/14/06
             Date

Signature of sever

300 Ala Moana
Address of sever

ADDITIONAL INFORMATION