AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court

## DISTRICT OF HAWAII

UNITED STATES OF AMERICA

v.

HOLLY KOLIOPOULOS

CASE NUMBER: CR. No. 05-0016-02 ACK

SUBPOENA IN A
CRIMINAL CASE

CR 05-00106 ACK-02

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 5 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

TO:

Custodian of Records
Miriam M. Chang, M.D./Koolau Health Center
56-565 Kamehameha Hwy
Kahuku, HI 96731

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>District of Hawaii<br>300 Ala Moana Blvd.<br>Honolulu, HI 96850 | Judge Alan C. Kay |
| | DATE AND TIME |
| | 9:30 a.m. August 23, 2006 |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT       SUE BEITIA | DATE |
|---|---|
| (BY) DEPUTY CLERK | JUL 31 2006 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

HARLAN Y. KIMURA, ESQ., 220 South King Street, Suite 1660, Honolulu, HI 96813; Tel. No. 521-4134

AO 89   (Rev. 7/95)   Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **RECEIVED BY SERVER** | | |
| **SERVED** | 8/10/06 | *Koolauloa Comm. Health & Wellness Center* |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| *Dr. Miriam M. Chang* | ☐ YES   ☒ NO   AMOUNT $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| *Brent A.L. Nahwai* | *Server* |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___8/14/06___        _____
                  Date                      Signature of sever

                                _____
                                        Address of sever

ADDITIONAL INFORMATION

Please call Tel. No. 293-9126 for directions/information concerning Dr. Chang and/or Koolau Health Center.