EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

CANDACE KELLY (CSBN 191473)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Candace.Kelly@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00106-02-ACK |
| | ) | |
| Plaintiff, | ) | AMENDED STIPULATION REGARDING |
| | ) | TESTING OF CONTROLLED |
| vs. | ) | SUBSTANCES |
| | ) | |
| HOLLY KOLIOPOULOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | DATE: August 23, 2006 |
| | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. Alan C. Kay |

**AMENDED STIPULATION REGARDING**
**TESTING OF CONTROLLED SUBSTANCES**

It is hereby stipulated and agreed between the undersigned parties that the following facts are conclusively established beyond a reasonable doubt and therefore are not in dispute.  The following exhibits were tested and weighed by a forensic chemist at the Honolulu Police Department or the Drug Enforcement Administration with the following results:

1. The following item was seized from a Royal Mail parcel sent from Hyder Business Services, Ltd., 147-157 St. John Street, London, ECIV 4PY, Great Britain, via international registered mail, to Steven Echols, 45-943 Kamehameha Highway, Suite C258, Kaneohe, Hawaii, 96744 on March 3, 2005:

| EXHIBIT NUMBER | ITEM | SUBSTANCE | WEIGHT |
|---|---|---|---|
| 2 | Bottle of Iodine | Iodine | 501.7 Grams |

Iodine is a listed chemical.

2. The following items were seized from 94-068 Puanane Loop, Mililani, Hawaii on March 5, 2005:

| EXHIBIT NUMBER | ITEM | SUBSTANCE | WEIGHT OF PURE DRUG |
|---|---|---|---|
| 29 | Blue Funnel | Methamphetamine | Residue |
| 48 | Ball Of Dark Colored Cloth | Methamphetamine | Not Determined |
| 62 | Air Conditioner Filter | Methamphetamine | Residue Only |
| 81 | Five Plastic Baggies (contents tested) | d-Methamphetamine HCl | .12 grams |
| 82 | Plastic Baggie (contents tested) | Methamphetamine HCl | Residue |
| 83 | Plastic Baggie (contents tested) | d-Methamphetamine HCl | .63 grams |
| 84 | Coffee Filter | Methamphetamine HCl | Residue |

Methamphetamine, d-Methamphetamine and Methamphetamine Hcl

are all Schedule II controlled substances.

The net weight of the actual, or pure methamphetamine that was able to be weighed was approximately .75 grams.

IT IS SO STIPULATED.

                                        EDWARD H. KUBO, JR.
                                        United States Attorney
                                        District Of Hawaii

Dated: August 21, 2006        /s/ Candace Kelly
                                        CANDACE KELLY
                                        Assistant United States Attorney

Dated: August 18, 2006        /s/ Harlan Kimura
                                        HARLAN KIMURA, ESQ.
                                        Attorney for Holly Koliopoulos