AO 89 (Rev. 7/95) Subpoena In a Criminal Case

# United States District Court
### DISTRICT OF HAWAII

UNITED STATES OF AMERICA

V.

HOLLY KOLIOPOULOS

SUBPOENA IN A
CRIMINAL CASE

CASE NUMBER: Cr. No. 05-0016-02-ACK

CR 05-106 ACK

TO:

Ms. Helen Jay
60 North Nimitz Hwy, #2404
Honolulu, HI 96817
Tel. No. 585-0050/479-2351(c)

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>District of Hawaii<br>300 Ala Moana Blvd.<br>Honolulu, HI 96850 | Judge Alan C. Kay |
| | DATE AND TIME |
| | 9:30 a.m. August 23, 2006 |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 2 2006

at 9 o'clock and 30 min. PM
SUE BEITIA, CLERK

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| SUE BEITIA<br>(BY) DEPUTY CLERK | JUL 31 2006 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

HARLAN Y. KIMURA, ESQ., 220 South King Street, Suite 1660, Honolulu, HI 96813; Tel. No. 521-4134



AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 7/31/2006 | 300 Ala Moana Blvd |
| SERVED | 8/21/2006 | 60 N. Nimitz Hwy #9404 |

SERVED ON (PRINT NAME): Ms. Helen Jay

FEES AND MILEAGE TENDERED TO WITNESS: ☐ YES ☐ NO  AMOUNT $ _____

SERVED BY (PRINT NAME): Tony Cole

TITLE: DUSM

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 8/21/06

Signature of server

Address of server: 300 Ala Moana Blvd

### ADDITIONAL INFORMATION

1st Endeavor 8/7/06 - 1100 hrs - No one Home
2st Endeavor 8/9/06 - 0900 hr - No one Home
3st Endeavor 8/21/06 - 1800 Executed.