AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court
### DISTRICT OF HAWAII

UNITED STATES OF AMERICA

v.

HOLLY KOLIOPOULOS

SUBPOENA IN A
CRIMINAL CASE

CR 05-106-02 ACK

CASE NUMBER: Cr. No. 05-0016-02 ACK

TO:
Ms. Opal "Lani" Garrett
1727 Kuikele Street
Honolulu, HI 96819
Tel. No. 255-9785

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>District of Hawaii<br>300 Ala Moana Blvd.<br>Honolulu, HI 96850 | Judge Alan C. Kay |
| | DATE AND TIME |
| | 9:30 a.m. August 23, 2006 |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 2 2006

at 9 o'clock and 30 min. A
SUE BEITIA, CLERK

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| SUE BEITIA<br>(BY) DEPUTY CLERK | JUL 3 1 2006 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
HARLAN Y. KIMURA, ESQ., 220 South King Street, Suite 1660, Honolulu, HI 96813; Tel. No. 521-4134


SCANNED

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 7/31/06 | 300 Ala Moana Blvd |
| SERVED | 8/21/06 | 1727 KuiKele |

SERVED ON (PRINT NAME): Ms. Opal Garrett

FEES AND MILEAGE TENDERED TO WITNESS
☐ YES  ☐ NO   AMOUNT $ _____

SERVED BY (PRINT NAME): Anthy L Cohe

TITLE: DUSM

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  8/21/04
Date

Signature of server

300 Ala Moana Blvd
Address of server

**ADDITIONAL INFORMATION**

Please contact Special Agent Edward Feeley, ICE, if the address and/or telephone number is/are not valid.

1st Endeavor 8/7/06 - 1315 hrs. No one Home.
2st Endeavor - 8/10/06 - 1600 hrs - No one Home
3st Endeavor 8/21/06 - 17:30 hrs - Executed.