# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/23/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00106ACK |
| CASE NAME: | United States of America Vs. (02) Holly Kolipoulos |
| ATTYS FOR PLA: | Candace Kelly<br>Ed Feeley-Agent with ICE |
| ATTYS FOR DEFT: | (02) Harlan Kimura |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Cynthia Fazio |
| DATE: | 08/23/2006 | TIME: | 9:35am-12:25pm<br>1:36pm-4:12pm |

COURT ACTION: As to Defendant (02) Holly Kolipoulos-Jury Selection-9:35am-12:25pm and 1:35pm-2:03pm-Defendant present not in Custody.  Also present 62 Jurors.  Eight Jurors excused for Cause.  12 Jurors and 2 Alternate Jurors selected and sworn in.

As to Defendant (02) Holly Kolipoulos-Jury Trial (1st Day)-2:04pm-4:12pm-Defendant present not in Custody.  Also present 12 Jurors and 2 Alternate Jurors.

Opening Statements on behalf of the Government and the Defendant.

Government Witnesses-Postal Inspector-Mitch Tabera-CST and Opal Garrett-CST.

Government Exhibits-1, 4, 5, 6, 7, 78, 79 and 80-Admitted.

Further Jury Trial (2nd Day) continued to 8/24/2006 @9:00 a.m.

Submitted by Leslie L. Sai, Courtroom Manager