# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/24/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00106ACK |
| CASE NAME: | United States of America Vs. (02) Holly Koliopoulos |
| ATTYS FOR PLA: | Candace Kelly and ICE Agent-Ed Feeley |
| ATTYS FOR DEFT: | (02) Harlen Kimura |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Cynthia Fazio |
| DATE: | 08/24/2006 | TIME: | 9:03am-12:12pm<br>1:22pm-3:04pm |

COURT ACTION: EP: As to Defendant (02) Holly Koliopoulos-Further Jury Trial (2nd Day)-Defendant present not in Custody.  Also present 12 Jurors and 2 Alternate Jurors.

Government Witnesses-Opal Garrett-Resumed Witness Stand, Shay-Lynn Bixby-CST, Postal Inspector-Richard Witt-CST, Special Agent Nephi Camacho-CST and Steven Echolos-CST.

Government Exhibits-8, 10, 13, 15, 16, 17, 18, 26, 28, 32, 34, 35, 40, 41, 47, 48, 52, 53, 58, 61, 63, 69, 70, 71, 72, 73, 74, 82 and 84-Admitted.

Status Conference without the Jurors present.  The Defendant is present not in Custody-9:03a.m.-9:12a.m.-Juror seating in Seat No. 3 Harriet Lum is hereby discharged from the Jury.  Alternate Juror No. 1- Mr. Lee will be placed in Seat No. 3.

Status Conference without the Jurors present.  The Defendant is present not in Custody-3:00p.m.-3:04p.m.-Regarding a Letter addressed to Defendant's Counsel Harlan Kimura and FBI Report-FD-302-Dated 05/11/2006 will be filed and ordered SEALED by this Court.

Further Jury Trial (3rd Day) continued to 8/25/2006 @9:00 a.m.

Submitted by Leslie L. Sai, Courtroom Manager