# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/25/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR NO. 05-00106ACK

CASE NAME: United States of America Vs. (02) Holly Koliopoulos

ATTYS FOR PLA: Candace Kelly and ICE Agent Ed feeley

ATTYS FOR DEFT: (02) Harlan Kimura

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Cynthia Fazio |
| DATE: | 8/25/2006 | TIME: | 9:13am-12:00 1:08-3:53 |

COURT ACTION: EP: Further Jury Trial (3rd Day)-As to Defendant (02) Holly Koliopoulos-Defendant present not in Custody and also present 12 Jurors and 1 Alternate Juror.

Government Witnesses-Steven Echols-Resumed Witness stand, Investigator Dana Shinozuka-CST and Special Agent Ed Feeley-CST.

Government Exhibit 90-Amended Stipulation Regarding Testing of Controlled Substances read into the open Record

Government Exhibits-2, 9, 11, 12, 14, 19, 20, 21, 22, 23, 24, 25, 36, 37, 38, 42, 43, 45, 46, 51, 54, 55, 56, 57, 59, 75, 81, 83, 87, 88 and 90-Admitted.

Government Rested.

Defendant's Oral Motion for Judgment of Acquittal pursuant to FRCP Rule 29-is hereby Denied.  (2:30pm-2:40pm)

Defendant's Witnesses-Robert Trotter-CST and Helen Jay-CST.

Defendant's Exhibits-N and V-Admitted.

Defendant Rested.

No Rebuttal Witnesses.

Status Conference regarding the settling of the Jury Instructions set for 8/28/2006 @2:00 p.m.

Further Jury Trial (4th Day) continued to 8/29/2006 @9:00 a.m.

Submitted by Leslie L. Sai, Courtroom Manager