# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/28/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR NO. 05-00106ACK

CASE NAME:         United States of America Vs. (02) Holly Koliopoulos

ATTYS FOR PLA:     Candace Kelly

ATTYS FOR DEFT:    (02) Harlan Kimura

INTERPRETER:

|  |  |  |  |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Cynthia fazio |
| DATE: | 08/28/2006 | TIME: | 2:05pm-3:13pm<br>4:03pm-4:05pm |

COURT ACTION: Status Conference -(2:05pm-3:13pm)-Status Conference-Regarding Settling of the Jury Instructions as to Defendant (02) Holly Koliopoulos-Defendant present not in Custody.

Court and Counsel discussed the Jury Instructions. Counsel placed their objections as to the Instructions on the record.

Status Conference-(4:03pm-4:05pm)-Defendant present not in Custody. Juror sitting in Seat No. 7 Mercedes Samiano is requesting to be excused for health reasons. Court hereby excuses Juror Mercedes Samiano and she will be replaced with Alternate No. 1- Annette Sombathphibane.

Submitted by Leslie L. Sai, Courtroom Manager