# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/29/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR NO. 05-00106ACK

CASE NAME:        United States of America Vs. (02) Holly Koliopoulos

ATTYS FOR PLA:    Candace Kelly and ICE Agent-Ed Feeley

ATTYS FOR DEFT:   (02) Harlan Kimura

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Cynthia Fazio |
| DATE: | 08/29/2006 | TIME: | 9:10am-9:16am<br>10:06am-12:20am<br>1:34pm-4:04pm |

COURT ACTION: EP: Further Jury Trial (4th Day) as to Defendant (02) Holly Koliopoulos-Defendant present not in Custody.  Also present 12 Jurors.

Court instructs the Jurors at 10:06am-l0:39am

Closing Arguments on behalf of the Government and the Defendant (10:40am-11:12am), (11:14am-12:22pm) and Rebuttal Closing (1:35pm-1:56pm).

Jury starts deliberating at 1:57pm-4:00 p.m.

Status Conference-Regarding Note from the Jury-4:02pm-4:04pm-Defendant present not in Custody.

Further Jury Deliberations (2nd Day) continued to 8/30/2006 @9:00 a.m.

Submitted by Leslie L. Sai, Courtroom Manager