# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/30/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR NO. 05-00106ACK

CASE NAME:       United States of America Vs. (02) Holly Koliopoulos

ATTYS FOR PLA:   Candace Kelly

ATTYS FOR DEFT:  (02) Harlan Kimura

INTERPRETER:

JUDGE:   Alan C. Kay            REPORTER:   Cynthia Fazio

DATE:    08/30/2006             TIME:       9:00am-4:00 p.m.

COURT ACTION:  EP: Further Jury Deliberations (2nd Day) as to Defendant (02) Holly Koliopoulos-Defendant present not in Custody.  Also present 12 Jurors.

Jury Deliberations-9:00 a.m.-12:00 Noon and 1:00 p.m.-4:00 p.m.

Status Conference Regarding Note from the Jury-2:39pm-2:41pm-Defendant present not in Custody.

Further Jury Deliberations (3rd Day) continued to 8/31/2006.

Submitted by Leslie L. Sai, Courtroom Manager