ORIGINAL

HARLAN Y. KIMURA  #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii 96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail:  hyk@aloha.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 3 0 2006

at _____ o'clock and _____ min ____ M
SUE BEITIA, CLERK

Attorney for Defendant No. 02
HOLLY KOLIOPOULOS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 05-00106-02 ACK |
| Plaintiff, | DEFENDANT'S EXHIBIT LIST |
| vs. | Date:  August 23, 2006 |
| | Time:  9:30 a.m. |
| HOLLY KOLIOPOULOS,    (02), | Judge:  Alan C. Kay |
| Defendant. | |

## DEFENDANT'S EXHIBIT LIST

COMES NOW Defendant No. 02 HOLLY KOLIOPOULOS

(hereinafter "Koliopoulos"), by and through her counsel, Harlan Y. Kimura, and

hereby submits her Exhibit List as follows:

     A.    Application And Affidavit For Search Warrant, and Excerpts of

Second Affidavit Of Edward Feeley signed on March 5, 2005, filed in Magis. No.

05-0144 KSC on March 7, 2005 (4 pages);

B.    Handwritten Notes of Special Agent Edward Feeley of April 21, 2005 Interview of Ms. Opal Lani Garrett (3 Pages);

C.    Handwritten Notes of Special Agent Edward Feeley of January 23, 2006 Interview of Ms. Opal Lani Garrett (3 Pages);

D.    Report of Investigation prepared by Special Agent Nephi D. Camacho of March 5, 2005 Interview of Ms. Holly Koliopoulos (3 Pages) [Portion Redacted Per Pretrial Court Order];

E.    Excerpts of Handwritten Notes of Special Agent Edward Feeley of March 5, 2005 Interview of Ms. Koliopoulos (2 Pages);

F.    Report of Investigation prepared by Special Agent Edward J. Feeley of March 5, 2005 Interview of Mr. Steven Echols (4 Pages);

G.    Report of Investigation prepared by Special Agent Edward J. Feeley of June 8, 2005 Interview of Mr. Echols (3 Pages);

H.    Excerpt of Report of Investigation prepared by Special Agent Edward J. Feeley of August 22, 2005 Interview of Mr. Echols (1 Page);

I.    Report of Investigation prepared by Special Agent Edward J. Feeley of the items recovered from the Residence located at 94-098 Puanane Loop, Mililani, Hawaii (hereinafter "Mililani House"), pursuant to the Federal Search Warrant issued by U.S. Magistrate Kevin S.C. Chang on March 5, 2005 (5 Pages);

J.    Photographs Numbered 15 and 16 taken by Investigator Dana

Shinozuka on March 5, 2005 related to the search of the Mililani House (1 Page);

8/24/06 - K.    Color Photograph No. 16 of Dog taken by Investigator

Shinozuka on March 5, 2005 (1 Page);

L.    Follow-Up Report prepared by Investigator Ronald Imoto and

Floor Plan of Mililani House (4 Pages);

M.    Excerpts of Receipt Log Sheets from The UPS Store located at

45-934 Kamehameha Highway, Kaneohe, Hawaii (14 Pages);

8/25/06 - N.    Color Photograph of Niihau Seashell Leis and Sunrise Shells;

O.    Handwritten Letter addressed to Holly (3 Pages) [Portion

Redacted Per Pretrial Court Order];

P.    Handwritten Note dated March 5, 2005;

Q.    Information filed on January 5, 2006 in United States of

America v. Steven Paul Echols; Cr. No. 06-00003 HG (hereinafter "Echols'

Case") (4 Pages);

R.    Memorandum Of Plea Agreement filed on January 12, 2006 in

Echols' Case (16 Pages);

S.    Minutes of Sentencing To The Felony Information –

Government's Motion For Downward Departure filed on May 11, 2006 in Echols'

Case (2 Pages);

T.    Judgment In A Criminal Case filed on May 18, 2006 in Echols' Case (6 Pages);

U.    Photographs Numbered 17 and 18 taken by Investigator Dana Shinozuka on March 5, 2005 related to the search of the Mililani House (1 Page);

8/25/2006    V.    Color Photograph No. 17 of First Floor Living/Family Room taken by Investigator Shinozuka on March 5, 2005 (1 Page);

W.    Marijuana Note (1 Page); and

X.    Motion For A Downward Departure filed in Cr. No. 06-00003 HG (6 pages).

Koliopoulos further reserves the right to supplement this Exhibit List with Rebuttal Exhibits as the need may arise.

DATED at Honolulu, Hawaii, ___AUG 2 2 2006_____.

HARLAN Y. KIMURA
Attorney for Defendant No. 02
HOLLY KOLIOPOULOS

4