ORIGINAL

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

CANDACE KELLY (CSBN 191473)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Candace.Kelly@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 30 2006

SUE BEITIA, CLERK

RECEIVED
CLERK U.S. DISTRICT COURT

AUG 2 2 2006

DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00106-02-ACK |
|---|---|---|
| Plaintiff, | ) | AMENDED GOVERNMENT'S EXHIBIT LIST; CERTIFICATE OF SERVICE |
| vs. | ) | |
| HOLLY KOLIOPOULOS, | ) | |
| Defendant. | ) | DATE: August 23, 2006<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Alan C. Kay |

**AMENDED GOVERNMENT'S EXHIBIT LIST**

The government hereby submits its exhibit list, attached hereto, in the above-captioned matter. The government reserves the right to amend this exhibit list to include any and all items which may be relevant to this case or that have been

referenced in the discovery that has already been provided to the defendant.

DATED: HONOLULU, HAWAII: August 22, 2006.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By *C Kelly*
CANDACE KELLY
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA					GOVERNMENT'S EXHIBIT LIST

vs.

HOLLY KOLIOPOULOS,					CR. NO. 05-00106-02-ACK

**PRESIDING JUDGE:**   **PLAINTIFF'S ATTORNEY:**   **DEFENDANT'S ATTORNEY:**
Alan C. Kay          Candace Kelly             Harlan Kimura

**TRIAL DATE:**
August 23, 2006

| EXHIBIT NO. | DATE ADMITTED | DESCRIPTION | WITNESS |
|---|---|---|---|
| 1 | 08/23/06 | Envelope Addressed to Echols | |
| 2 | 8/25/06 | Bottle Of Iodine | |
| 2A | | Packaging Materials For Iodine | |
| 3 | | Bottle Of "Pseudo-Iodine" | |
| 4 | 08/23/06 | Copy of Note Dated March, 4, 2005 Regarding To Two Kilos Of Marijuana | |
| 5 | " " | Mailboxes Etc. Service Agreement For Arthur Hidano | |
| 6 | " " | Mailboxes Etc. Service Agreement For Steven P. Echols | |
| 7 | " " | Package Pick-Up Log From UPS Store | |
| 8 | 8/24/06 | Photograph of Maroon Pick-Up Truck | |
| 9 | 8/25/06 | Photograph Of Package In Truck | |
| 10 | 8/24/06 | Photograph Of Interior Of Truck With Allerfed And Actifed | |
| 11 | 8/25/06 | Two Boxes of Allerfed | |
| 12 | " | Five Boxes of Actifed | |

| EXHIBIT NO. | DATE ADMITTED | DESCRIPTION | WITNESS |
|---|---|---|---|
| 13 ✓ | 8/24/06 | Photograph of Cellular Telephone on Center Console of Truck | |
| 14 ✓ | 8/25/06 | Photograph of Hawaii Driver's License For Holly Koliopolous | |
| 15-17 ✓ | 8/24/06 | Photographs of Exterior Of House at 94-068 Puanane Loop, Mililani, Hawaii | |
| 18 ✓ | 8/24/06 | Diagram of Floor Plan Of House at 94-068 Puanane Loop, Mililani, Hawaii | |
| 19-20 ✓ | 8/25/06 | Photographs Of Family Room Of House At 94-068 Puanane Loop, Mililani, Hawaii | |
| 21 ✓ | 8/25/06 | Photograph of Closet | |
| 22 ✓ | 8/25/06 | Photographs of 5 Plastic Baggies | |
| 23-25 ✓ | 8/25/06 | Photographs of Room On First Floor Of 94-068 Puanane Loop, Mililani, Hawaii With Air Conditioner | |
| 26-27 ✓ | 8/24/06 | Photographs Of Boxes Of Equipment | |
| 28 ✓ | 8/24/06 | Photograph Of Blue Funnel | |
| 29 | | Blue Funnel | |
| 30 ✓ | 8/24/06 | Photograph Of Yellow Pad Of Paper With Handwriting | |
| 31 | | Yellow Pad Of Paper With Handwriting | |
| 32 ✓ | 8/24/06 | Photograph Of Blue Air Pump | |
| 33 | | Blue Air Pump | |
| 34 ✓ | 8/24/06 | Photograph Of Bronkaid Box | |
| 35 ✓ | " " | Bronkaid Box | |
| 36 ✓ | 8/25/06 | Photograph Of Laundry Room | |
| 37-38 ✓ | 8/25/06 | Photographs Of Sink In Laundry Room | |

| EXHIBIT NO. | DATE ADMITTED | DESCRIPTION | WITNESS |
|---|---|---|---|
| 39 | | Photographs Of Chemicals On Shelf In Laundry Room | |
| 40 ✓ | 8/24/06 | Photograph Of Chemicals In Laundry Room | |
| 41 ✓ | 8/24/06 | Photograph Of Red Devil Lye In Laundry Room | |
| 42 ✓ | 8/25/06 | Photograph Of Orange Bucket | |
| 43 ✓ | " " | Photograph Of Fan | |
| 44-45 ✓ | 8/25/06 | Photographs Of Bathroom Area At 94-068 Puanane Loop, Mililani, Hawaii | |
| 46 ✓ | 8/25/06 | Photograph Of Iodine Tincture Labels In Sink | |
| 47 ✓ | 8/24/06 | Photograph Of Ball Of Dark Colored Cloth | |
| 48 ✓ | " " | Ball Of Dark Colored Cloth | |
| 49-53 ✓ (51 8/25/06, 53, 52) | 8/24/06 | Photographs Of Bottles And Bag In Shower | |
| 54 ✓ | 8/25/06 | Photograph Of Door And Ceiling Area | |
| 55 ✓ | 8/25/06 | Photograph Of Closet | |
| 56 ✓ | " " | Photograph Of Bedroom | |
| 57 ✓ | " " | Photograph Of Bedroom | |
| 58 ✓ | 8/24/06 | Photograph Of Chemicals On Porch | |
| 59 ✓ | 8/25/06 | Photograph Of Purse | |
| 60 | | Holly Koliopolous' "FAST CASH" Card | |
| 61 ✓ | 8/24/06 | Handwritten Note | |
| 62 ✓ | 8/24/06 | Air Conditioner Filter | |
| 63 ✓ | 8/24/06 | Books About Making Methamphetamine | |
| 64 | | Handwritten Note To "Holly" | |

| EXHIBIT NO. | DATE ADMITTED | DESCRIPTION | WITNESS |
|---|---|---|---|
| 65 | | Caller Identification Lists With Handwritten Note On Back | |
| 66 | | Bank Of Hawaii Statement For Steven P. Echols For January 18, 2005 | |
| 67 | | Bank Of Hawaii Statement For Steven P. Echols For February 15, 2005 | |
| 68 | | Bank Of Hawaii Statement For July 16, 2004 | |
| (69) ✓ | 8/24/06 | Photograph Of Chemicals | |
| (70) ✓ | 8/24/06 | August 4, 2004 Email To FS Book Company From cleanairhawaii@aol.com Regarding Order On August 3, 2004 | |
| (71) ✓ | 8/24/06 | August 9, 2004 Email From cleanairhawaii@aol.com Regarding Notification of Cleared eCheck Payment | |
| (72) ✓ | 8/24/06 | February 16, 2005 Email To cleanairhawaii@aol.com Regarding Hyder Business Services Limited Order | |
| (73) ✓ | 8/24/06 | March 4, 2005 Email Chain Between cleanairhawaii@aol.com And sales@kno3.com Regarding "Order" | |
| (74) ✓ | 8/24/06 | March 3, 2005 Email From service@paypal.com To cleanairhawaii@aol.com Regarding "Receipt for your Payment" | |
| (75) ✓ | 8/25/06 | Memorandum Of Plea Agreement For Steven Paul Echols | |
| 76 | | Information Charging Steven Paul Echols | |
| 77 | | Judgment And Conviction For Steven Paul Echols | |
| 78-80 | | Photographs Of UPS Store | |
| (78) ✓ | 8/23/06 | | |
| (79) ✓ | " " | | |
| (80) ✓ | " " | | |

| EXHIBIT NO. | DATE ADMITTED | DESCRIPTION | WITNESS |
|---|---|---|---|
| 81 ✓ | 8/25/06 | 5 Plastic Baggies Containing Methamphetamine | |
| 82 ✓ | 8/24/06 | Plastic Baggie Containing Methamphetamine | |
| 83 ✓ | 8/25/06 | Plastic Baggie Containing Methamphetamine | |
| 84 ✓ | 8/24/06 | Coffee Filter | |
| 85 | | Map Of Oahu | |
| 86 | | Three Glass Pipes | |

87 ✓  8/25/06  original of Gov't Exhibit 61

88 ✓  8/25/06  photo ID of Holly Kdiopoulos

90 ✓  8/25/06

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

> Harlan Y. Kimura, Esq.
> 220 S. King St., Suite 1660
> Honolulu, HI 96813
>
> Attorney for Defendant
> Holly Koliopoulos

DATED: August 22, 2006, at Honolulu, Hawaii.