# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/31/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00106ACK |
| CASE NAME: | United States of America Vs. (02) Holly Koliopoulos |
| ATTYS FOR PLA: | Candace Kelly and ICE Agent Ed Feeley |
| ATTYS FOR DEFT: | (02) Harlan Kimura |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Cynthia Fazio |
| DATE: | 08/31/2006 | TIME: | 9:00am-12:00<br>1:00pm-2:00pm<br>2:22pm-2:25 pm |

COURT ACTION:  EP: Jury Deliberations (3rd Day) as to Defendant (02) Holly Koliopoulos-12 Jurors present-9:00 a.m.-12:00 Noon and 1:00p.m.-2:22p.m.

Return of the Verdict- (2:22p.m.-2:25 p.m.)-Defendant present not in Custody.  Also present 12 Jurors.

Verdict read in open Court.

The Defendant is found Guilty as to Counts 1 and 2 of the Second Superseding Indictment.

Jurors were polled.

Jurors were released.

Defendant referred to the Probation Office for the preparation of the presentence report.

Sentence set for 12/11/2006 @l:30 p.m. before this Court.

Government's Oral Motion to Revoke Defendant's Bail and Remand her to the Custody of the U.S. Marshal's-is hereby Granted.

Defendant remanded to the Custody of the U.S. Marshal's.

Admitted Trial Exhibits were returned to the Government through ICE Agent-Ed Feeley and the Defendant through Defendant's Counsel Harlan Kimura.

Submitted by Leslie L. Sai, Courtroom Manager