CRIMINAL 05-00106ACK
United States of America vs. (02) Holly Koliopoulos

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 3 1 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

## VOIR DIRE

YOU AND EACH OF YOU DO SOLEMNLY AFFIRM, THAT YOU WILL TRUTHFULLY ANSWER THE QUESTIONS THAT SHALL BE PUT TO YOU, TOUCHING YOUR LEGAL QUALIFICATIONS TO SERVE AS A PETIT JUROR, IN THE CASE OF THE **UNITED STATES OF AMERICA**, VS.   (02) Holly Koliopoulos   .

************************************************************

## JUROR'S FINAL OATH

YOU AND EACH OF YOU DO SOLEMNLY SWEAR, THAT YOU WILL WELL AND TRULY TRY THIS CAUSE, WHEREIN **THE UNITED STATES OF AMERICA, PLAINTIFF,** and   (02) Holly Koliopoulos   DEFENDANT, AND A TRUE VERDICT RENDER, ACCORDING TO THE LAW AND EVIDENCE, SO HELP YOU GOD.

************************************************************

## BAILIFF'S OATH

YOU DO SOLEMNLY SWEAR THAT YOU WILL TAKE CHARGE OF THIS JURY WHILE THEY DELIBERATE UPON THEIR VERDICT, THAT YOU WILL SUFFER NO PERSON TO SPEAK TO THEM ON ANY SUBJECT CONNECTED WITH THIS TRIAL, NOR TO SPEAK TO THEM YOURSELF, EXCEPT TO ASK THEM IF THEY HAVE ARRIVED UPON THEIR VERDICT, AND WHEN THEY HAVE ARRIVED UPON THEIR VERDICT, TO RETURN THEM TO THIS COURT, SO HELP YOU GOD.