ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA, Plaintiff, vs. HOLLY KOLIOPOULOS, Defendant.

CR. NO. 05-00106 HG

VERDICT FORM

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
AUG 31 2006
at 2 o'clock and 23 min P M
SUE BEITIA, CLERK

VERDICT FORM

**COUNT 1:**

We, the jury, in the above entitled cause, find Defendant HOLLY KOLIOPOULOS:

______ Not Guilty     __✓__ Guilty

If you find HOLLY KOLIOPOULOS guilty as to Count 1, then state the amount of Iodine for which she is responsible by checking one of the following:

______ Less than 500 grams of Iodine

__✓__ 500 grams or more of Iodine

COUNT 2:

We, the jury, in the above entitled cause, find Defendant HOLLY KOLIOPOULOS:

______ Not Guilty ✓ Guilty

If you find HOLLY KOLIOPOULOS guilty as to Count 2, then state the amount of methamphetamine with which she was directly involved and all reasonably foreseeable quantities of methamphetamine that were within the scope of the criminal activity that she jointly undertook, by checking one of the following:

______ less than 50 grams of methamphetamine, its salts, isomers and salts of its isomers

✓ 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers

DATED: Honolulu, Hawaii, 08-31-06.

SIGNED: ________________
FOREPERSON