# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/11/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00106ACK |
| CASE NAME: | United States of America Vs. (02) Holly Koliopoulos |
| ATTYS FOR PLA: | Candace Kelly and ICE Agent-Ed Feeley |
| ATTYS FOR DEFT: | Harlan Y. Kimura |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Steve Platt |
| DATE: | 12/11/2006 | TIME: | 1:39pm-2:25pm |

COURT ACTION:  EP: Sentence as to Counts 1 and 2 of the Second Superseding Indictment as to Defendant (02) Holly Koliopoulos-Defendant present in Custody.

The Court adopts the presentence investigation report with changes as stated on the record in open Court.

Defendant addresses the Court.

Sentence as to Counts 1 and 2 of the Second Superseding Indictment-

Imprisonment-120 Months as to Count 1 and Count 2 with both terms to run concurrently.

Court Recommendations-

1. FCI Dublin
2. Drug Treatment
3. Medical Care for Defendant's Ankle
4. Educational/Vocational Programs

Mittimus Forthwith

Supervised Release-3 Years as to Count 1 and 5 Years as to Count 2, to run concurrently.

Special Conditions of Supervised Release-

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

No Fine.

Special Assessment-$200.00 ($100.00 as to each Count)

Defendant advised of her right to Appeal.


Submitted by Leslie L. Sai, Courtroom Manager