ORIGINAL

HARLAN Y. KIMURA  #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii  96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail:  hyk@aloha.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 8 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorney for Defendant No. 02
HOLLY KOLIOPOULOS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-0106-02 ACK |
|---|---|
| Plaintiff, | ) NOTICE OF APPEAL; |
|  | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| HOLLY KOLIOPOULOS   (02), | ) |
| Defendant. | ) |

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN pursuant to Fed. R. App. P. 4(b) that Defendant No. 02 HOLLY KOLIOPOULOS (hereinafter "Koliopoulos"), through her Counsel, HARLAN Y. KIMURA, hereby appeals to the United States Court of Appeals for the Ninth Circuit from: (a) the Oral Order Granting In Part, And Denying In Part, Koliopoulos' Motion To Suppress Defendant's Statements And Evidence Derived Therefrom by The Honorable Helen Gillmor on April 26, 2005;

(b) Rulings at Trial by The Honorable Alan C. Kay based upon Judge Gillmor's Order of April 26, 2005; (c) the Jury Verdict entered on August 31, 2006; and (d) Sentence by Judge Alan C. Kay on December 11, 2006 as a result of the Jury Verdict.

DATED at Honolulu, Hawaii, _____DEC 1 8 2006_____.


HARLAN Y. KIMURA
Attorney for Defendant No. 02
HOLLY KOLIOPOULOS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties listed below, in the manner described thereto, at their last-known addresses, on     DEC 1 8 2006     .

                                        <u>By U.S. Mail</u>   <u>By Hand Delivery</u>

EDWARD H. KUBO, JR., ESQ.                                X
United States Attorney
CANDACE KELLY, ESQ.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

    DATED at Honolulu, Hawaii,     DEC 1 8 2006     .

                                                   /s/ Harlan Y. Kimura
                                                   HARLAN Y. KIMURA
                                                   Attorney for Defendant No. 02
                                                   HOLLY KOLIOPOULOS