# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. HOLLY KOLIOPOULOS (02)

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 05-00106ACK-02

II. **DATE NOTICE OF APPEAL FILED:** 12/18/06

III. **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA appointed

   **DOCKET FEE PAID ON:**          **AMOUNT:**

   **NOT PAID YET:**                **BILLED:**

   **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**     **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

| | | | |
|---|---|---|---|
| TO: | Clerk, U.S. Court of Appeals | | Date: January 9, 2007 |
| FROM: | Clerk, U.S. District Court, Hawaii | | |
| SUBJECT: | New Appeals Docketing Information, Criminal Case | | |

## CASE INFORMATION

COMPLETE TITLE:   U.S.A. vs HOLLY KOLIOPOULOS   (02)

U.S.D.C CASE NO.   CR 05-00106ACK-02

U.S.D.C. JUDGE:   Alan C. Kay

COMPLAINT (✓), INDICTMENT ( ), INFORMATION ( ), PETITION ( ), FILED:   03/07/05

APPEALED ORDER FILED:   12/19/06

NOTICE OF APPEAL FILED:   12/18/06

---

## COUNSEL INFORMATION

APPELLANT:
Harlan Y. Kimura, Esq.
Central Pacific Plaza
220 South King St. Ste. 1660
Honolulu, HI 96813

APPELLEE:
Candace Kelly, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Ste. 6100
Honolulu, HI  96850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: CJA

(e.g. C.J.A., Public Defender, Other.)

---

## DEFENDANT INFORMATION

ADDRESS:

F/P GRANTED:   ___

NO OF DAYS OF TRIAL:   _

CUSTODY:   ✓

BAIL:   ___

COUNSEL WAIVED:   ___

COURT REPORTER(S):   ESR, Stephen Platt, Cynthia Fazio

# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

January 9, 2007

Candace Kelly, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Ste. 6100
Honolulu, HI  96850

IN RE:     U.S.A v. HOLLY KOLIOPOULOS   (02)
CR NO.     CR 05-00106ACK-02

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 12/18/06.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk
By     Laila M. Geronimo
       Deputy

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
           docket sheet, dfnf
       Harlan Y. Kimura, Esq.
           with copy of instructions for criminal appeals
           Transcript Desig. & Ordering Form
           with instructions and a copy of the
           docket sheet