UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
JAN 1 6 2007

FILED_____
DOCKETED_____
           DATE    INITIAL

I. **SHORT CASE TITLE:** U.S.A. vs. HOLLY KOLIOPOULOS (02)

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 07-10039

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 05-00106ACK-02

II **DATE NOTICE OF APPEAL FILED:** 12/18/06

III **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA appointed

   **DOCKET FEE PAID ON:**          **AMOUNT:**

   **NOT PAID YET:**                **BILLED:**

   **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**     **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV **COMPANION CASES, IF ANY:**

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 2 4 2007
DISTRICT OF HAWAII

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)