recvd 12/28/06
8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 07-10039   U.S. District Court Case No. Cr. No. 05-106-02 ACK

Short Case Title USA v. Holly Koliopoulos

Date Notice of Appeal Filed by Clerk of District Court   December 18, 2006

### SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| See Attached | See Attached | Other (please specify) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 28 2006
at ____ o'clock and ___ min __
SUE BEITIA, CLERK

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered December 28, 2006   Estimated date for completion of transcript ____

Print Name of Attorney Harlan Y. Kimura   Phone Number (808) 521-4134

Signature of Attorney _____

Address 220 South King Street, Suite 1660, Honolulu, HI 96813

### SECTION B - To be completed by court reporter

I, _Cynthia Fazio_ (signature of court reporter) have received this designation.
( ) Arrangements for payment were made on 1/25/07
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

700 Approximate Number of Pages in Transcript--Due Date 2/24/07

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 23 2007
at 2 o'clock and 45 min PM
SUE BEITIA, CLERK

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed 2/23/07   Court Reporter's Signature _Cynthia Fazio_

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia   4/23/07   BY: _____
(U.S. District Court Clerk)   (date)   DEPUTY CLERK

Re:   United States District Court No.        Cr. No. 05-106-02 ACK
      Short Case Title:                       USA v. Holly Koliopoulos

## SECTION A

| Hearing Date(s) | Court Reporter(s) | Proceedings |
|---|---|---|
| 4/26/05 | Stephen Platt | Motion To Suppress Defendant's Statements And Evidence Derived Therefrom |
| 8/23/06 | Cynthia Fazio | Opening Statements; and Jury Trial (1st Day) |
| 8/24/06 | Cynthia Fazio | Further Jury Trial (2nd Day) |
| 8/25/06 | Cynthia Fazio | Further Jury Trial (3rd Day) |
| 8/28/06 | Cynthia Fazio | Status Conference; and Status Conference – Regarding Settling Jury Instructions |
| 8/29/06 | Cynthia Fazio | Further Jury Trial (4th Day); Jury Instructions; Closing Arguments; Rebuttal Closing; and Status Conference – Regarding Note from the Jury |
| 8/30/06 | Cynthia Fazio | Status Conference - Regarding Note from the Jury |
| 8/31/06 | Cynthia Fazio | Return and Reading of Verdict |