# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: October 3, 2007

To:  United States Court of Appeals   Attn: ( )   Civil
     For the Ninth Circuit
     Office of the Clerk                        (✓)   Criminal
     95 Seventh Street
     San Francisco, California 94103     ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:         CR 05-00106ACK          Appeal No:   07-10039

Short Title:   USA v. Koliopoulos

Clerk's Files in     1      volumes  (✓) original  ( ) certified copy

Bulky docs                   volumes (folders)   docket #

Reporter's           1       volumes  (✓) original  ( ) certified copy
Transcripts

Exhibits                     volumes  ( ) under seal

                         boxes  ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: 54,63,75,82,99,107,135,149,150,168

Acknowledgment: _____   Date: _____

cc: counsel