# Return of Records to DC/Agency

**RECEIVED**
CLERK U.S. DISTRICT COURT
DEC 06 2007
DISTRICT OF HAWAII

Date: 12/3/07

To: USDC - Honolulu

From: U.S. COURT OF APPEALS - NINTH CIRCUIT by: awT (cy)

CA# 07-10039        DC# CR 05-00106 ACK

TITLE US v Koliopoulos

Record Returned TO DISTRICT COURT: _____

_____1 of_____ VOL. CLERK'S FILE

_____1 of_____ VOL. REPORTER'S TRANSCRIPT

OTHER _____

One memo per case, please.

CC: Records Unit, Clerk's Office, San Francisco

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: October 3, 2007

To: JUDGE WALLACE A. TASHIMA
U.S. Court of Appeals
125 South Grand Ave., Ste. 406
Pasadena, CA 91109-1510

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

DC No:          CR 05-00106ACK              Appeal No:    07-10039

Short Title:    USA v. Koliopoulos

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 1 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 54,63,75,82,99,107,135,149,150,168

Acknowledgment: _____   Date: _____