**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
DEC 19 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>HOLLY KOLIOPOULOS,<br><br>Defendant - Appellant. | No. 07-10039<br><br>DC No. CR 05-106 ACK<br>D. HI<br><br>ORDER |

RECEIVED
CLERK U.S. DISTRICT COURT
DEC 21 2007
DISTRICT OF HAWAII

Before:   O'SCANNLAIN, TASHIMA, and M. SMITH, Circuit Judges.

Defendant-appellant's petition for panel rehearing is denied.