


Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 355-8000

December 28, 2007

RECEIVED
CLERK U.S. DISTRICT COURT
DEC 3 1 2007
12:00 pm
DISTRICT OF HAWAII

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 07-10039 | USA v. Koliopoulos | CR-05-00106-ACK (02) |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

• *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Holly Crosby
Deputy Clerk

Enclosure(s)
cc: All Counsel

```
                                                         MOATT    INVATT
                                                                       i
```

INTERNAL USE ONLY: Proceedings include all events.
07-10039 USA v. Koliopoulos

```
UNITED STATES OF AMERICA        Candace Kelly, Esq.
     Plaintiff - Appellee       FAX 808/541-2958
                                808/541-2850
                                Suite 6-100
                                [COR LD NTC aus]
                                USH - OFFICE OF THE U.S.
                                ATTORNEY
                                PJKK Federal Building
                                300 Ala Moana Blvd.
                                P.O. Box 50183
                                Honolulu, HI 96850


     v.


HOLLY KOLIOPOULOS               Harlan Y. Kimura, Esq.
     Defendant - Appellant      808/521-4134
                                Suite 1660
                                [COR LD NTC cja]
                                220 South King Street
                                Central Pacific Plaza
                                Honolulu, HI 96813
```